47 A.3d 1176

**Ronald MASON, Petitioner**

v.

**SUPERIOR COURT OF PENNSYLVANIA, Respondent.**

No. 68 EM 2012.

Supreme Court of Pennsylvania.

July 6, 2012.

*ORDER*

PER CURIAM.

**AND NOW,** this 6th day of July, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition

for Writ of Mandamus and/or Extraordinary Relief is **DE-NIED.**